**Order entered October 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00068-CR

**ARMINIUS DEJUAN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1534452-M**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on October 17, 2017, is **ORDERED** filed as of the date of this order.

/s/　　DAVID L. BRIDGES
　　　　PRESIDING JUSTICE